IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARGARET WIKE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERTRUE, INC.<br>f/k/a MEMBERWORKS, INC.,<br><br>Defendant. | Case No. 3:06-0204<br><br>Judge Echols/Brown<br><br>CLASS ACTION |

## MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR PROTECTIVE ORDER TO STAY CLASS DISCOVERY

Defendant Vertrue Incorporated s/h/a Vertrue, Inc. f/k/a Memberworks, Inc. ("Vertrue") hereby moves, pursuant to Local Rule 7.01(b), for leave to file a reply memorandum to Plaintiff's Memorandum of Law in Support of Its Opposition to Defendant's Motion for Protective Order to Stay Class Discovery (Docket No. 62 (filed 8/24/06)) ("Response").

In support of this Motion, Vertrue submits its proposed reply memorandum (Exhibit A hereto). As grounds for this Motion, Vertrue states that the attached reply memorandum succinctly replies to certain arguments made by Plaintiff in her Response and will assist the Court in its consideration of the pending Motion to for Protective Order to Stay Class Discovery.

Respectfully submitted,

/s/ Robert A. Horowitz
Robert A. Horowitz, Esq. (admitted *pro hac vice*)
Toby S. Soli, Esq. (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
Met Life Building
200 Park Avenue
New York, New York 10166

Telephone: (212) 801-9200
Facsimile: (212) 801-6400
horowitzr@gtlaw.com
solit@gtlaw.com

Robert S. Patterson, Esq.
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: (615) 244-2582
Facsimile: (615) 252-6380
bpatterson@boultcummings.com

*Attorneys for Defendant*
*Vertrue Incorporated*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served via the Court's Electronic Case Filing System to:

> Gerald E. Martin, Esq.
> BARRETT, JOHNSTON & PARSLEY
> 217 Second Avenue North
> Nashville, Tennessee 37201
> jmartin@barrettjohnston.com
>
> Daniel C. Girard, Esq.
> Annemarie Janine DeBartolomeo, Esq.
> Allison L. Ehlert, Esq.
> Girard Gibbs, LLP
> 601 California Street 14th Floor
> San Francisco, CA 94108
> dcg@girardgibbs.com
> adj@girardgibbs.com
> ale@girardgibbs.com
> slk@girardgibbs.com
>
> *Attorneys for Margaret Wike*
> *and all other similarly situated*

on this the 31st day of August, 2006.

/s/ Robert A. Horowitz
Robert A. Horowitz (admitted *pro hac vice*)