UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET WIKE, ) | |
| ) | |
| Plaintiff ) | |
| ) | NO. 3:06-0204 |
| v. ) | |
| ) | Judge Echols/Brown |
| VERTRUE, INC., ) | **Jury Demand** |
| ) | |
| Defendant ) | |

**O R D E R**

A status conference was conducted in court in this matter on August 2, 2007. The Plaintiff has a pending motion to amend the complaint. During the course of the hearing Plaintiff advised that she would be dropping the request to add new plaintiffs but would be proceeding to amend to include RICO claims. It is possible the Defendant will not object to this part of an amended complaint. Plaintiff should file any motion to amend with the proposed amended complaint by **August 7, 2007**, and the Defendant should file its response by the close of business on **August 10, 2007**.

The Plaintiff further advised that in view of adding an additional Defendant, that Plaintiff would withdraw the present motion for class certification and refile a new motion.

The Magistrate Judge is uncertain as to how a new defendant will affect the scheduling order. The Plaintiff has advised that she will attempt to serve the new defendant as soon as

possible after receiving permission to file an amended complaint.

Accordingly, responses should be filed for any allowed amended complaint within **thirty days** after the filing of the amendment and responses to the new motion for class certification should be filed **sixty days** after the filing of the amended complaint.

The parties appear to have reached an impasse on certain of the Plaintiff's discovery requests. The Plaintiff should, accordingly, file appropriate motions to compel in accordance with the Local Rules and, after receiving the Defendant's responses, the Magistrate Judge will rule as expeditiously as possibly on the discovery items.

As soon as counsel has filed an appearance for any new defendant, the parties should contact the Magistrate Judge's office to schedule a conference with any new defendant.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge
