IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARGARET WIKE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERTRUE, INC.<br>f/k/a MEMBERWORKS, INC.,<br>ADAPTTIVE MARKETING, LLC<br>INFLUENT INC. f/k/a/ INTERACTIVE TELESERVICES CORPORATION,<br><br>Defendants. | Case No. 3:06-0204<br><br>Judge Echols/Brown<br><br>CLASS ACTION |

## DECLARATION OF ROBERT A. HOROWITZ

I, Robert A. Horowitz, declare as follows:

1. I am an attorney duly admitted to practice law and am admitted *pro hac vice* as counsel for Defendants Vertrue Incorporated (sued herein as Vertrue, Inc. f/k/a MemberWorks, Inc.) ("Vertrue") in the above-captioned action. I submit this declaration, based upon personal knowledge, in opposition to Plaintiff's motion to compel Vertrue to produce additional documents and provide additional information

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the deposition of Margaret Wike taken on December 13, 2006.

Executed on February 29, 2008 in New York, New York.

Robert A. Horowitz

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served via the Court's Electronic Case Filing System to:

> Gerald E. Martin, Esq.
> BARRETT, JOHNSTON & PARSLEY
> 217 Second Avenue North
> Nashville, Tennessee 37201
> jmartin@barrettjohnston.com
>
> Daniel C. Girard, Esq.
> Annemarie Janine DeBartolomeo, Esq.
> Allison L. Ehlert, Esq.
> Girard Gibbs, LLP
> 601 California Street 14th Floor
> San Francisco, CA 94108
> dcg@girardgibbs.com
> adj@girardgibbs.com
> ale@girardgibbs.com
>
> *Attorneys for Margaret Wike*
> *and all others similarly situated*
>
> *Samuel T. Bowman*
> *Baker, Donelson, Bearman,*
> *Caldwell & Berkowitz, PC*
> *211 Commerce St., Suite 1000*
> *Nashville, Tennessee 37201*
> sbowman@bakerdonelson.com
>
> *Mark D. Griffin*
> Baker, Donelson, Bearman,
> Caldwell, Berkowitz, PC
> First Tennessee Building
> 165 Madison Ave., Suite 2000
> Memphis, Tennessee 38103
> mgriffin@bakerdonelson.com
>
> Jay A. Yurkiw
> Elizabeth L. Moyo
> Porter, Wright, Morris & Arthur
> 41 South High Street
> Columbus, Ohio 43215
> jyurkiw@porterwright.com

Caroline H. Genrey
Porter, Wright, Morris & Arthur
One Dayton Center
One South Main Street, Suite 1600
Dayton, Ohio 45402
egentry@porterwright.com

on this the 29th day of February, 2008.

/s/ Robert A. Horowitz
Robert A. Horowitz (admitted *pro hac vice*)