UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET WIKE, on behalf of herself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:06-0204 ) JUDGE ECHOLS ) |
| VERTRUE, INC., f/k/a MEMBERWORKS, INC., ADAPTIVE MARKETING, LLC; INFLUENT INC. f/k/a INTERACTIVE TELESERVICES CORPORATION, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons stated herein and in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Plaintiff's Motion To Strike The Motion For Summary Judgment By Defendants Vertrue, Inc. And Adaptive Marketing LLC (Docket Entry No. 274) is hereby DENIED;

(2) Defendants Vertrue Incorporated's And Adaptive Marketing LLC's Motion For Leave To File An Overlength Brief In Support Of Their Motion For Summary Judgment (Docket Entry No. 237) is hereby GRANTED for good cause shown;

(3) Defendants Vertrue Incorporated's And Adaptive Marketing LLC'S Motion For Summary Judgment (Docket Entry No. 236) is hereby GRANTED;

(4) All of Plaintiff Margaret Wike's claims are hereby DISMISSED WITH PREJUDICE;

(5) All other motions pending in the case are hereby DENIED AS MOOT; and

1

(6) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE