# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARGARET WIKE, on behalf of herself and all others similarly situated, | ) CASE NO. 3:06-00204 )<br>) Judge Echols/Brown |
| Plaintiff, | ) |
| vs. | ) CLASS ACTION |
| VERTRUE, INC.<br>f/k/a MEMBERWORKS, INC.;<br>ADAPTIVE MARKETING LLC;<br>INFLUENT INC. f/k/a INTERACTIVE<br>TELESERVICES CORPORATION, | ) JURY TRIAL DEMANDED )<br>)<br>)<br>) |
| Defendants. | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Margaret Wike hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final Judgment entered in this action on the 8th day of July, 2008.

Respectfully submitted,

Dated: July 17, 2008 /s/ *Gerald E. Martin* (with permission)

Gerald E. Martin (BPR# 20193)
**BARRETT, JOHNSTON & PARSLEY**
217 Second Avenue North
Nashville, Tennessee 37201
Phone: (615) 244-2202
Facsimile: (615) 252-3798

Daniel C. Girard (admitted *pro hac vice*)
A. J. De Bartolomeo (admitted *pro hac vice*)
Steven G. Tidrick (admitted *pro hac vice*)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and
Representative Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I electronically filed the document listed below with the Clerk of the Court:

**PLAINTIFF'S NOTICE OF APPEAL**

I also certify that the above document was filed and served electronically using the CM/ECF system, which will send electronic notification of said filing to the following:

| | |
|---|---|
| Robert Allen Horowitz<br>Greenberg Traurig LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 801-2194<br>Fax: (212) 224-6114<br>horowitzr@gtlaw.com | Samuel T. Bowman<br>Baker, Donelson, Bearman, Caldwell &<br>Berkowitz, PC<br>211 Commerce St., Suite 1000<br>Nashville, TN 37201<br>(615) 726-5701<br>Fax: (615) 744-5701<br>sbowman@bakerdonelson.com |
| Gerald E. Martin<br>Barrett, Johnston & Parsley<br>217 Second Avenue, N<br>Nashville, TN 37201<br>(615) 244-2202<br>Fax: (615) 252-3798<br>jmartin@barrettjohnston.com | Robert S. Patterson<br>Boult, Cummings, Conners & Berry<br>1600 Division Street, Suite 700<br>Nashville, TN 37203-0025<br>(615) 244-2582<br>Fax: (615) 252.6335<br>bpatterson@boultcummings.com |
| Jay A. Yurkiw, Esq.<br>Porter, Wright, Morris & Arthur LLP<br>41 South High Street<br>Columbus, Ohio 43215-6194<br>(614) 227-2012<br>Fax: (614) 227-2100<br>jyurkiw@porterwright.com | Caroline H. Gentry, Esq.<br>Porter, Wright, Morris & Arthur LLP<br>One South Main Street, Suite 1600<br>Dayton, OH 45402<br>(937) 449-6748<br>Fax: (937) 449-6820<br>CGentry@porterwright.com |

 /s/ A. J. De Bartolomeo

**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108