IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARGARET WIKE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERTRUE, INC., f/k/a MEMBERWORKS, INC. and ADAPTIVE MARKETING LLC,<br><br>Defendant(s). | Case No. 3:06-0204<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED<br><br>JUDGE ECHOLS<br>MAGISTRATE BROWN |

## NOTICE OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION FILING

Plaintiff Margaret Wike hereby gives notice of the filing of the following documents that have been filed with the Judicial Panel on Multidistrict Litigation:

1. Plaintiff Margaret Wike's Response to Vertrue Incorporated and Adaptive Marketing LLC's Motion to Vacate Conditional Transfer Order;

2. Plaintiff Margaret Wike's Brief in Opposition to Vertrue Incorporated and Adaptive Marketing LLC'S Motion to Vacate Conditional Transfer Order; and

3. Proof of Service.

**DATED:** August 17, 2009          Respectfully submitted,

**GIRARD GIBBS LLP**

 /s/ Daniel C. Girard
Daniel C. Girard
A.J. De Bartolomeo
601 California Street, Suite 1400
San Francisco, California 94108
Tel:   (415) 981-4800
Fax:   (415) 981-4846

Gerald E. Martin
**BARRETT, JOHNSTON & PARSLEY**
217 Second Avenue North
Nashville, Tennessee 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

*Counsel for Plaintiff Margaret Wike*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2009, I electronically filed the document listed below with the Clerk of the Court:

**NOTICE OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION FILING**

I also certify that the above document was filed and served electronically using the CM/ECF system, which will send electronic notification of said filing to the following:

| | |
|---|---|
| Robert Allen Horowitz<br>**GREENBERG TRAURIG LLP**<br>200 Park Avenue<br>New York, NY 10166<br>(212) 801-2194<br>Fax: (212) 224-6114<br>horowitzr@gtlaw.com | Samuel T. Bowman<br>**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**<br>211 Commerce Street, Suite 1000<br>Nashville, TN 37201<br>(615) 726-5701<br>Fax: (615) 744-5701<br>sbowman@bakerdonelson.com |
| Gerald E. Martin<br>**BARRETT JOHNSTON & PARSLEY**<br>217 Second Avenue, N.<br>Nashville, TN 37201<br>(615) 244-2202<br>Fax: (615) 252-3798<br>jmartin@barrettjohnston.com | Robert S. Patterson<br>**BOULT CUMMINGS CONNERS & BERRY**<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>(615) 244-2582<br>Fax: (615) 252-6335<br>bpatterson@boultcummings.com |
| Jay A. Yurkiw, Esq.<br>**PORTER WRIGHT MORRIS & ARTHUR LLP**<br>41 South High Street<br>Columbus, OH 43215<br>(614) 227-2012<br>Fax: (614) 227-2100<br>jyurkiw@porterwright.com | Caroline H. Gentry, Esq.<br>**PORTER WRIGHT MORRIS & ARTHUR LLP**<br>One South Main Street, Suite 1600<br>Dayton, OH 45402<br>(937) 449-6748<br>Fax: (937) 449-6820<br>cgentry@porterwright.com |

By: /s/ Angela L. Eure
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108