# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARGARET WIKE, on behalf of herself and all others similarly situated, | ) CASE NO. 3:06-0204 ) ) Judge Echols/Brown |
| Plaintiff, | ) |
| vs. | ) CLASS ACTION |
| VERTRUE, INC. f/k/a MEMBERWORKS, INC., | ) JURY TRIAL DEMANDED ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

Come now, undersigned counsel, Laurel A. Johnston, for Plaintiff Margaret Wike, and requests that this Court allows counsel to withdraw from the case. Gerald E. Martin of Barrett Johnston & Parsley will continue to represent the Plaintiff in this matter. Please remove Laurel A. Johnston from the docket as counsel of record.

Dated: September 30, 2009

Respectfully submitted,

/s/ Laurel A. Johnston
Gerald E. Martin (BPR# 20193)
Laurel A. Johnston (BPR# 24532)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, Tennessee 37201
Phone: (615) 244-2202
Facsimile: (615) 252-3798

Daniel C. Girard
A. J. De Bartolomeo
Steven G. Tidrick
Sheri L. Kelly
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Individual and
Representative Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2009, a true and exact copy of the foregoing was served via the Court's Electronic Case Filing System on the following:

Robert A. Horowitz
Toby S. Soli
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166

Robert S. Patterson
BOULT CUMMINGS CONNERS &
  BERRY, PLC
1600 Division Street, Suite 700
Nashville, TN 37203

Samuel T. Bowman
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201

Mark D. Griffin
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103

Jay A. Yurkiw
Elizabeth L. Moyo
PORTER, WRIGHT, MORRIS & ARTHUR
41 South High Street
Columbus, Ohio 43215

Caroline H. Gentry
PORTER, WRIGHT, MORRIS & ARTHUR
One Dayton Center
One South Main Street, Suite 1600
Dayton, Ohio 45402

 /s/ Laurel A. Johnston
LAUREL A. JOHNSTON

2