UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET WIKE, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| ) | No. 3:06-0204 |
| v. ) | JUDGE ECHOLS |
| ) | |
| VERTRUE, INC., ) f/k/a MEMBERWORKS, INC., et al., ) ) | |
| Defendant. ) | |

## ORDER

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE