IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET WIKE, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3:06-0204 |
| ) | Judge Nixon |
| VERTRUE, INC., f/k/a MEMBERWORKS, INC., et al., ) ) ) | |
| Defendants. ) | |

## ORDER

I hereby **RECUSE** myself in this action. The file shall be returned to the clerk for reassignment.

It is so ORDERED.

Entered this the ____19th____ day of April, 2010.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT