UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET WIKE, on behalf of herself and all others similarly situated. ) ) | |
| ) | NO. 3:06-0204 |
| v. ) | JUDGE CAMPBELL |
| ) | |
| VERTRUE, INC. f/k/a MEMBERWORKS, ) INC.; ) | |

ORDER

Pending before the Court is Plaintiff's Motion for Leave to File Reply Memorandum in Support of Motion for *De Novo* Determination on Her Renewed Motion for Leave to Amend Her Complaint to Add RICO Claims. (Docket No. 364).

Plaintiff's Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE