UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET WIKE, on behalf of herself and all others similarly situated. ) ) ) v. ) ) VERTRUE, INC. f/k/a MEMBERWORKS, ) INC.; ) | NO. 3:06-0204 JUDGE CAMPBELL |

## ORDER

Pending before the Court is Defendants' Motion for Leave to File Sur-Reply Memorandum in Opposition of Plaintiff's Motion for *De Novo* Determination Concerning Leave to Amend to add RICO Claims (Docket No. 370), and Plaintiff's Motion Requesting Oral Hearing on Her Motion for *De Novo* Determination on Renewed Motion for Leave to Amend Complaint to Add RICO Claims (Docket No. 365).

Plaintiff's Motion is GRANTED. The Court will hear oral argument regarding Plaintiff's Motion on Wednesday, June 2, 2010 at 9:00 A.M. Defendants' Motion is GRANTED.

IT IS SO ORDERED.

                                                                     TODD J. CAMPBELL
                                                                     UNITED STATES DISTRICT JUDGE