UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARGARET WIKE, on behalf of herself )
and all others similarly situated )
)
v. ) NO. 3:06-0204
) JUDGE CAMPBELL
VERTRUE, INC., ADAPTIVE and )
MARKETING LLC )

ORDER

Pending before the Court is Plaintiff's Motion for Leave to File Document Under Seal (Docket No. 380). Also pending before the Court is a Motion for Leave to Manually File a Compact Disc (Docket No. 382). The Motions are GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE