IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| MARGARET WIKE, on behalf of herself and all others similarly situated, | ) ) ) | |
| v. | ) ) | NO. 3:06-00204 |
| | ) | JUDGE CAMPBELL |
| VERTRUE, INC. f/k/a MEMBERWORKS, INC.; ADAPTIVE MARKETING LLC; INFLUENT INC. f/k/a INTERACTIVE TELESERVICES CORPORATION. | ) ) ) ) ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for *De Novo* Determination on Renewed Motion for Leave to Amend Complaint to Add RICO Claims (Docket No. 358). The Court heard oral argument on June 2, 2010. For the reasons stated from the bench, Plaintiff's Motion (Docket No. 358) is GRANTED.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE