```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

MARGARET WIKE, on behalf     )
of herself and others        )
similarly situated,          )
                             )
        Plaintiff            )
                             )      NO. 3:06-0204
v.                           )
                             )      Judge Echols/Brown
VERTRUE, INC. f/k/a          )      **Jury Demand**
MEMBERWORKS, INC.; ADAPTIVE  )
MARKETING LLC; INFLUENT INC. )
f/k/a INTERACTIVE            )
TELESERVICES CORPORATION,    )
                             )
        Defendants           )

### O R D E R

The District Judge has allowed the Plaintiff to amend her complaint to add RICO claims (Docket Entry 386).

The case is presently under a scheduling order (Docket Entry 339). Under that order this case was set for trial on July 12, 2011, before Senior Judge Echols. Inasmuch as the case has now been transferred to Chief Judge Campbell, it is possible that the trial date may be changed. The scheduling order provided deadlines for discovery and dispositive motions.

In order to determine whether any changes to the scheduling order should be made or if a new trial date should be requested, a telephone conference is set for **Wednesday, June 16, 2010, at 1:30 p.m. To participate in the conference call, parties shall call 615-695-2851 at 1:30 p.m.**

To the extent the parties believe changes are necessary, they should submit either individual or joint suggestions one business day prior to the telephone conference.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge