UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET WIKE, on behalf of herself and others similarly situated, )<br>)<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>VERTRUE, INC. f/k/a )<br>MEMBERWORKS, INC.; ADAPTIVE )<br>MARKETING LLC; INFLUENT INC. )<br>f/k/a INTERACTIVE )<br>TELESERVICES CORPORATION, )<br>)<br>Defendants ) | NO. 3:06-0204<br><br>Judge Campbell/Brown<br>**Jury Demand** |

### **O R D E R**

A telephone conference was held with the parties on June 16, 2010, to make any necessary revisions to the current scheduling orders. The Plaintiffs filed suggested changes (Docket Entry 393). The Defendants did not file any suggested changes prior to the telephone conference. At the conference they did suggest that discovery should be ended on October 15, 2010, and that RICO class certifications should be filed by September 1, 2010.

The Defendants advised that they would be filing, in all likelihood within the next 30 days, a motion for summary judgment on the newly-added RICO claims.

After considering the Plaintiff's suggested written changes, as well as the oral argument of counsel, the Magistrate Judge believes that the Plaintiff's suggested changes (Docket Entry 393) are reasonable and, accordingly, the proposed new dates will be adopted and the dates for which no changes are proposed will

remain as set.  Of course, deadlines set by Chief Judge Campbell concerning the trial will not be changed absent his orders.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge