UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET WIKE, on behalf of herself ) | |
| and all others similarly situated ) | |
| ) | NO. 3:06-0204 |
| v. ) | JUDGE CAMPBELL |
| ) | |
| VERTRUE, INC. f/k/a MEMBERWORKS, ) | |
| INC. ) | |

ORDER

Pending before the Court is Plaintiff's Unopposed Motion For Leave to File Reply Memorandum in Support of Motion for Class Certification of Electronic Fund Transfer Act Claim (Docket No. 411).

Plaintiff's Motion is GRANTED.

IT IS SO ORDERED.

                                                                                 TODD J. CAMPBELL
                                                                                 UNITED STATES DISTRICT JUDGE