UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MARGARET WIKE, on behalf of herself and all others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **Case No. 3:06-00204** |
| ) | **Judge Campbell** |
| **VERTRUE, INC. f/k/a MEMBERWORKS, INC.; ADAPTIVE MARKETING LLC,** ) ) ) ) | |
| **Defendants.** ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendants' "Supplemented Motion for Summary Judgment Dismissing Plaintiff's RICO Claims" (Docket Entry No. 402) is hereby GRANTED and Plaintiff's RICO claim is hereby DISMISSED WITH PREJUDICE. Defendants' initial "Motion for Summary Judgment Dismissing Plaintiff's RICO Claims" (Docket Entry No. 397) is hereby DENIED AS MOOT.

It is so ORDERED.

Todd Campbell
United States District Judge