```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

MARGARET WIKE, on behalf of  )
herself and all others similarly)
situated,                    )
                             )
       Plaintiff,        )
                             )
        v.                )  NO.  3:06-0204
                             )
VERTRUE, INC.,               )  Judge Campbell/Brown
                             )  **Jury Demand**
       Defendant.        )

## **O R D E R**

The undersigned Magistrate Judge conducted a settlement conference in this case on January 5, 2011.  The parties and their representatives met, negotiated in good faith, but failed to agree on a settlement.

If counsel determine that reconvening this settlement conference would promote a settlement of this case, they may contact Ms. Christina McDonald, Courtroom Deputy Clerk, to select a suitable date.

It is so **ORDERED**.

                                s/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARGARET WIKE, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 3:06-0204 |
| VERTRUE, INC., | ) ) | Judge Campbell/Brown **Jury Demand** |
| Defendant. | ) | |

**O R D E R**

The undersigned Magistrate Judge conducted a settlement conference in this case on January 5, 2011. The parties and their representatives met, negotiated in good faith, but failed to agree on a settlement.

If counsel determine that reconvening this settlement conference would promote a settlement of this case, they may contact Ms. Christina McDonald, Courtroom Deputy Clerk, to select a suitable date.

It is so **ORDERED**.

                                       s/ John S. Bryant
                                       JOHN S. BRYANT
                                       United States Magistrate Judge

```
                UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

MARGARET WIKE, on behalf of )
herself and all others similarly)
situated, )
                                                         )
       Plaintiff, )
                                                         )
         v. ) NO. 3:06-0204
                                                         )
VERTRUE, INC., ) Judge Campbell/Brown
                                                         ) **Jury Demand**
       Defendant. )

### **O R D E R**

The undersigned Magistrate Judge conducted a settlement conference in this case on January 5, 2011. The parties and their representatives met, negotiated in good faith, but failed to agree on a settlement.

If counsel determine that reconvening this settlement conference would promote a settlement of this case, they may contact Ms. Christina McDonald, Courtroom Deputy Clerk, to select a suitable date.

It is so **ORDERED**.

                                                 s/ John S. Bryant
                                                 JOHN S. BRYANT
                                                 United States Magistrate Judge