UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARGARET WIKE, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:06-00204 Judge Campbell |
| VERTRUE, INC. f/k/a MEMBERWORKS, INC.; ADAPTIVE MARKETING LLC, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The parties have agreed, in principle, to settle this case and have filed a "Joint Motion to Stay Deadlines" (Docket No. 475) so that they can formalize the settlement and submit the proposed settlement agreement to the Court for its consideration and approval. The Joint Motion to Stay is hereby GRANTED and all pending deadlines are hereby STAYED pending further Order of the Court.

On or before April 16, 2011, the parties shall submit their proposed settlement agreement. The Court will hold a hearing on the proposed settlement on May 9, 2011, at 1:00 p.m.

It is SO ORDERED.

_____
Todd J. Campbell
United States District Judge